ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Jus-E-Nuf | ) ASBCA No. 62781 |
| | ) |
| Under Contract No. W912BV-20-P-0087 | ) |

APPEARANCE FOR THE APPELLANT:     Max C. Myers, Esq.
                                    Myers Kalka Law Firm, PLLC
                                    Yale, OK

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                    Lauren M. Williams, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Tulsa

## ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  November 16, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62781, Appeal of Jus-E-Nuf, rendered in conformance with the Board's Charter.

Dated:  November 16, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals